under section 1391 of the Code of Civil Procedure, the orders appealed from should be reversed, with $10 costs and disbursements, and the motions denied, with $10 costs.

DEROUIN, Respondent, v. NEW YORK AIR BRAKE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Joseph E. Derouin against the New York Air Brake Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent.

DEZENDORF, Respondent, v. POPPKE, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Alexander Dezendorf, an infant, etc., against John F. Poppke, etc. No opinion. Motion to resettle order of this court, so as to make said order not only reverse the order of the County Court but also grant defendant's motion for a bill of particulars, granted on authority of King v. Sullivan, 31 App. Div. 549, 52 N. Y. Supp. 130. See, also, 153 N. Y. Supp. 1112, 154 N. Y. Supp. 1119.

DEZENDORF, Respondent, v. POPPKE, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Alexander Dezendorf, an infant, etc., against John F. Poppke, etc. No opinion. Motion to resettle order of this court by striking therefrom the provision awarding costs and disbursements denied, with $10 costs. See, also, 154 N. Y. Supp. 1119.

D. H. GRANDIN MILLING CO., Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the D. H. Grandin Milling Company against Henry G. Anderson. No opinion. Judgment affirmed, with costs.

LAMBERT, J., not sitting.

DOHERTY et al., Respondents, v. CARROLL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Henry Doherty and others against William E. Carroll. No opinion. Order affirmed, with $10 costs and disbursements.

DONAHUE, Appellant, v. NORTHRIDGE, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by James M. Donahue against George D. Northridge. No opinion. Judgment and order unanimously affirmed, with costs.

DOUGHERTY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by J. Hampden Dougherty against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1112.

DRUSKY, Respondent, v. SCHENECTADY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Rose Drusky, as administratrix, etc., of Meyer Drusky, deceased, against the Schenectady Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 164 App. Div. 406, 149 N. Y. Supp. 762; 154 N. Y. Supp. 1119.

DRUSKY v. SCHENECTADY R. CO. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by Rose Drusky, as administratrix, etc., of Meyer Drusky, deceased, against the Schenectady Railway Company. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1119.

DUDIAK, Appellant, v. PT. HENRY IRON ORE CO. OF LAKE CHAMPLAIN, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Joseph Dudiak against the Port Henry Iron Ore Company of Lake Champlain. No opinion. Judgment and order unanimously affirmed, with costs.

DUFF, Respondent, v. WHITTY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Peter Duff against Martin Whitty. No opinion. Application denied, with $10 costs.

DUNN, Appellant, v. McKAIG, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by John P. Dunn against John G. McKaig. No opinion. Judgment affirmed, with costs.

DUNN, Respondent, v. STANDARD GASLIGHT CO. OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by May Dunn against the Standard Gaslight Company of the City of New York.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., not voting.

In re DUPONT. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the petition of J. Frank Dupont for a determination of the amount of the damages sustained by him by the change of grade of North Main street in the village of Port Henry. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 154 N. Y. Supp. 1119.

In re DUPONT. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) In the matter of the petition of J. Frank Dupont for a determination of the amount of damages sustained by him by the change of grade of North Main street in the village of Port Henry, Essex county. No opinion. Motion granted. See, also, 154 N. Y. Supp. 1119.

DWYER, Appellant, v. DUNFEE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by William J. Dwyer against Anna Dun-